Indeed, it is the county that has contributed substantially to the injury that will be caused by enjoining the election at this late date. The parties and candidates had notice on June 24 and again on July 12 that the Department of Justice was concerned, and that preclearance might not be forthcoming on September 3. Since September 3 they have known that the Department of Justice did not preclear the election. Despite this notice, the county continued with election preparations. The mere passage of time does not create a balance of equities in the county's favor in the face of the county's failure to comply with the requirements of the Voting Rights Act of 1965.

For the foregoing reasons, I would grant the application for an injunction.

No. D–984. IN RE DISBARMENT OF FLINN. Motion for reinstatement denied. [For earlier order herein, see, e. g., 500 U. S. 950.]

No. D–1023. IN RE DISBARMENT OF MATNEY. Disbarment entered. [For earlier order herein, see 501 U. S. 1268.]

No. D–1024. IN RE DISBARMENT OF MOORCONES. Disbarment entered. [For earlier order herein, see 501 U. S. 1268.]

No. D–1025. IN RE DISBARMENT OF BOXER. Disbarment entered. [For earlier order herein, see 501 U. S. 1269.]

No. D–1026. IN RE DISBARMENT OF GALLAGHER. Disbarment entered. [For earlier order herein, see 501 U. S. 1269.]

No. D–1043. IN RE DISBARMENT OF FRAZER. It is ordered that Burnett Merrell Frazer, Jr., of Austin, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1044. IN RE DISBARMENT OF WEISENSEE. It is ordered that Lawrence Anthony Weisensee, of Duluth, Ga., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1045. IN RE DISBARMENT OF COHEN. It is ordered that Ronald Marvin Cohen, of Encino, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable